IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:22-cr-00055-RK |
| ) | |
| JUAN REMBERTO RIVAS, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Before the Court is the Report and Recommendation prepared by Magistrate Judge W. Brian Gaddy on August 8, 2022. (Doc. 18.) Neither party filed objections within the 14-day period provided by Rule 59(a) of the Federal Rules of Criminal Procedure. As a result, the parties have waived their right to review. *Id*. After reviewing the record, it is **ORDERED** that Judge Gaddy's Report and Recommendation is adopted in its entirety, and the Court finds that Defendant is mentally competent to proceed.

**IT IS SO ORDERED**.

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: August 25, 2022